MATT VALENTI, ESQ. (State Bar No. 253978)
E-mail: mattvalenti@valentilawapc.com
VALENTI LAW APC
Mail: P.O. Box 712533
San Diego, CA 92171-2533
Phone: (619) 540-2189

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA, an individual,<br><br>        Plaintiff,<br><br>  vs.<br><br>BOOT WORLD, INC., a California corporation; and DOES 1-10,<br><br>        Defendants. | Case No.: 3:20-cv-02395-BAS-NLS<br><br>NOTICE OF SETTLEMENT |

NOTICE OF SETTLEMENT - 1

1
2
3
4
5
6
7

    Plaintiff SCOTT SCHUTZA hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense and further the interests of judicial economy. Plaintiff therefore applies to this Honorable Court to vacate all currently set dates with the expectation that Plaintiff will file a Notice of Dismissal with prejudice as to all parties pursuant to F.R.Civ.P. 41(a)(1)(A)(i) within 60 days.

8
9

Respectfully submitted,

10

DATED:  April 28, 2021                                  VALENTI LAW APC

11
12
13
14

                                      By:  */s/* Matt Valenti
                                              Matt Valenti, Esq.
                                              Attorney for Plaintiff

15
16
17
18
19
20
21
22
23
24
25
26
27
28