# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT SCHUTZA,<br><br>                    Plaintiff,<br><br>   v.<br><br>BOOT WORLD, INC., and DOES 1–10,<br><br>                    Defendants. | Case No. 20-cv-02395-BAS-NLS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE (ECF No. 10)** |

      Pending before the Court is Plaintiff Scott Schutza and Defendant Boot World, Inc.'s joint motion for dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 10.) The parties state that they agree to dismiss this action with prejudice as to all claims, with each party bearing that party's own costs, experts' fees, and attorneys' expenses. Accordingly, the Court **DISMISSES** this action **WITH PREJUDICE**. The Clerk is directed to close the case.

      **IT IS SO ORDERED.**

**DATED: June 1, 2021**

Hon. Cynthia Bashant
United States District Judge